**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Forks Specialty Metals Inc., | : | |
| Debtor. | : | Bankruptcy No.   17-18061-MDC |

| | | |
|---|---|---|
| Lynn E. Feldman, Esquire, Trustee for the | : | |
| Estate of Forks Specialty Metals Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adversary No.   19-00028-MDC |
| Grand River Ironsands Incorporated, | : | |
| North Atlantic Iron Corporation, | : | |
| Metalo Manufacturing Inc. f/k/a | : | |
| Muskrat Minerals Incorporated, and | : | |
| Francis MacKenzie, | : | |
| Defendants. | : | |

# <u>O R D E R</u>

**AND NOW**, on February 8, 2019, Lynn E. Feldman (the "Plaintiff"), as Chapter 7 trustee

for the estate of Forks Specialty Metals Inc. (the "Debtor"), filed a Complaint[1] in the above-

captioned adversary proceeding against defendants Grand River Ironsands Incorporated, North

Atlantic Iron Corporation, Metalo Manufacturing Inc. f/k/a Muskrat Minerals Incorporated, and

Francis MacKenzie (collectively, the "Defendants").

**AND**, on June 17, 2019, the Defendants filed the *Defendants' Motion to Dismiss for Lack*

*of Personal Jurisdiction and Failure to State a Claim Upon Which Relief May be Granted* (the

---

[1] Adv. Pro. Docket No. 1.

"Motion to Dismiss").[2]

**AND**, on July 19, 2019, the Defendants filed the *Defendants' Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim Upon Which Relief May be Granted* (the "Brief in Support").[3]

**AND**, on August 19, 2019, the Plaintiff filed the *Trustee's Objection to Defendants' Motion to Dismiss and in the Alternative Motion for Leave to Conduct Limited Discovery* (the "Objection").[4]

**AND**, on September 9, 2019, the Defendants filed the *Defendants' Reply Brief in Further Support of Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim Upon Which Relief May be Granted* (the "Reply Brief").[5]

**AND**, on May 6, 2020, the Court held a hearing on the Motion to Dismiss (the "Hearing").

**AND**, the Court has considered the Complaint and all exhibits thereto, the Motion to Dismiss and all exhibits thereto, the Brief in Support, the Objection, the Reply Brief, and the arguments of counsel at the Hearing.

It is hereby **ORDERED** that:

1.      The Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**, as provided herein.

2.      The Motion to Dismiss on the basis that the Complaint fails to satisfy the

---

[2] Adv. Pro. Docket No. 8.

[3] Adv. Pro. Docket No. 18.

[4] Adv. Pro. Docket No. 20.

[5] Adv. Pro. Docket No. 23.

requirements imposed by Federal Rules of Civil Procedure 8 and 10(b) is **GRANTED**.    In order

to promote clarity with respect to the claims the Complaint asserts and the factual allegations

made in support thereof, the Plaintiff is ordered to file, within 30 days of the date hereof, an

amended complaint that complies with the requirements imposed by Federal Rules of Civil

Procedure 8 and 10(b), including setting forth separate counts against the separate Defendants,

with any count asserted against all Defendants so stating.

3.    The Motion to Dismiss is for lack of personal jurisdiction over Defendant Francis

MacKenzie ("MacKenzie") is **DENIED**.    The Court may exercise personal jurisdiction over

MacKenzie, his capacity as an officer and director of the Debtor, a Pennsylvania corporation.

*See Eddystone Rail Co., LLC v. Rios*, 2018 U.S. Dist. LEXIS 193037, at *5-*6 (E.D. Pa. Nov.

13, 2018) (federal courts sitting in diversity may exercise personal jurisdiction over nonresident

defendants to the extent provided by the law of the state in which the federal court sits); 42 Pa.

C.S. 5322(a)(7)(iv) (Pennsylvania tribunal may exercise personal jurisdiction over a person

serving as a director or officer of a Pennsylvania corporation).

Dated:   November 12, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Gary F. Seitz, Esquire
Holly E. Miller, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

Fridrikh V. Shrayber, Esquire
Dentons Cohen & Grigsby
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152